**PEARL COHEN**  Pearl Cohen Zedek Latzer Barat
Guy Yonay, Partner | GYonay@PearlCohen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021

**VIA ECF**

The Honorable Analisa Torres, U.S.D.J
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007

      Re:    *Moroccanoil, Inc. v. Trevino et al.*
            Case No. 1:21-cv-00846-AT

Honorable Judge Torres,

      The undersigned represents Plaintiff Moroccanoil, Inc. ("Moroccanoil" or "Plaintiff") in the above referenced action. The undersigned respectfully requests that the Initial Pretrial Conference scheduled for March 30, 2021 at 10:20 AM (per D.I. 8) be adjourned for 30 days to April 29, 2021. Defendants' identities, including contact details, have just been ascertained through information contained in non-party eBay Inc.'s response to Plaintiff's subpoena. Accordingly, Plaintiff has today filed an Amended Complaint including such identifying information, including addresses, and has requested issuance of electronic summonses for all recently identified Defendants, in order to effectuate service of the Summons and Complaint. As such service has not yet been effectuated, counsel for the several Defendants have not yet appeared in this action. The requested adjournment is sought so that the undersigned may effectuate service on Defendants, and they may be able to appear at and fully participate in the Initial Pretrial Conference.

      No previous requests for adjournments of time have been filed in this case. Moreover, as Defendants have not yet been served with the Amended Complaint, the question of whether Defendants consent to the requested adjournment is moot.

      Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

GRANTED. The initial pretrial conference scheduled for March 30, 2021, is ADJOURNED to **April 29, 2021**, at **10:20 a.m.** By **April 22, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 18, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge