**PEARL COHEN**

Pearl Cohen Zedek Latzer Baratz
Guy Yonay, Partner| GYonay@PearlCohen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007

                Re:    *Moroccanoil, Inc. v. Trevino et al.*
                       Case No. 1:21-cv-00846-AT

Honorable Judge Torres,

      The undersigned represents Plaintiff Moroccanoil, Inc. ("Moroccanoil") in the above referenced action. The undersigned respectfully requests that the Initial Pretrial Conference, currently scheduled for April 29, 2021 at 10:20 AM (per D.I. 20), be adjourned for an additional 29 days to Friday, May 28, 2021.

      This is Moroccanoil's second request for an adjournment of the Initial Pretrial Conference. The first request (D.I. 19) was granted (see D.I. 20).

      Moroccanoil submits that good cause exists for the requested adjournment. Defendants have been served with their respective summonses as well as copies of the Amended Complaint and the Court's order granting Plaintiff's letter motion to adjourn the Initial Pretrial Conference (D.I. 20). Moroccanoil is now discussing settlement with six of the eight named Defendants. The requested adjournment is sought so that the undersigned may continue settlement talks with Defendants in the hope that the parties may be able to reach amicable resolutions without judicial intervention.

      Moroccanoil has not obtained consent for the requested adjournment from all Defendants, most of whom have not filed appearances or retained counsel. However, Moroccanoil requests this adjournment as a courtesy to Defendants so that they may have additional time to arrange for representation and review their respective settlement agreements from Moroccanoil.

      A draft Order is attached for the Court's convenience. Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

**PEARL COHEN**

Pearl Cohen Zedek Latzer Baratz LLP
Guy Yonay, Partner | GYonay@PearlCohen.com | (646) 878-0808

Respectfully submitted,

/s/ Guy Yonay
Guy Yonay

*Counsel for Plaintiff
Moroccanoil, Inc.*

cc: All parties of record (*via* email)

GRANTED. The initial pretrial conference scheduled for April 29, 2021, is ADJOURNED to **June 1, 2021**, at **10:00 a.m.** to allow Defendants time to appear. By **May 25, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge