```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOROCCANOIL, INC.,

        *Plaintiff*,

v.

DANIEL TREVINO; DREX COMBS; TERRY ADRIAN GARRISS; VICTOR MILLER; NOEMI VILLANUEVA; JEROD CALL; PEARCE HINES; SCOTT THOMAS (originally DOES 1-8),

        *Defendants*.

Civil Action No. 1:21-cv-0846-AT

Hon. Analisa Torres, U.S.D.J.

**ORDER GRANTING LETTER MOTION FOR EXTENSION OF TIME**

ANALISA TORRES, United States District Judge:

The Court having considered Plaintiff's letter motion, dated May 20, 2021, to further adjourn the Initial Pretrial Conference in the above-captioned matter, and good cause having been found, it is hereby Ordered that the Initial Pretrial Conference shall be adjourned until **June 17, 2021**, at **11:00 a.m.** No later than **June 10, 2021**, the parties shall submit a joint letter as provided in paragraph 4 of the Initial Pretrial Conference Order (D.I. 8)

SO ORDERED.

Dated: May 21, 2021
      New York, NY

                                      ANALISA TORRES
                                  United States District Judge