UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOROCCANOIL, INC.,

                      Plaintiff,

-against-

SCOTT THOMAS,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/19/2022_

21 Civ. 846 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The default hearing scheduled for April 21, 2022, is ADJOURNED to **April 26, 2022, at 2:00 p.m.** Defendant Scott Thomas shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against him pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

       By **April 21, 2022**, Plaintiff shall serve copies of this order on Defendant through hand-delivery. By **April 25, 2022**, Plaintiff shall file on the docket proof of service.

       SO ORDERED.

Dated: April 19, 2022
       New York, New York

ANALISA TORRES
United States District Judge